IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUCIO DEVELOPMENT LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> MEDIATEK USA, INC., § <br> § <br> Defendant. § <br> _____ § | Case No: 1:17-cv-1153 <br><br> PATENT CASE |

## COMPLAINT

Plaintiff Lucio Development LLC ("Plaintiff" or "Lucio") files this Complaint against MediaTek USA, Inc. ("Defendant" or "MediaTek") for infringement of United States Patent No. 7,069,546 (hereinafter "the '546 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its office address at 555 Republic Dr., Suite 200, Plano, Texas 75074.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 5914 W. Courtyard Drive, Austin, TX 78730. On information and belief, Defendant is registered to conduct business in Texas and may be served through its registered

agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. §1400(b) because acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.  For instance, on information and belief, Defendant has a regular and established place of business at 5914 W. Courtyard Drive, Austin, TX 78730.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 7,069,546)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '546 Patent with sole rights to enforce the '546 Patent and sue infringers.

11. A copy of the '546 Patent, titled "Generic Framework for Embedded Software Development," is attached hereto as Exhibit A.

12. The '546 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe

one or more claims, including at least Claim 1, of the '546 Patent by making, using, importing, selling, and/or offering for sale a software platform for embedded software development, which is covered by at least Claim 1 of the '546 Patent. Defendant has infringed and continues to infringe the '546 Patent directly in violation of 35 U.S.C. § 271.

14. Defendant, sells, offers to sell, and/or uses embedded software development packages including, without limitation, the LinkIt and/or LinkIt One software developer kit (SDK), and any similar products ("Product"), which infringe at least Claim 1 of the '546 Patent.

15. The Product is a framework (e.g., a software development kit) for multiple Hardware Development Kits (HDK) such as Linkit 7687 HDK, Wi-Fi Modules and Arduino. Defendant and/or its customers specifically use the LinkIt SDK to produce embedded software. Certain elements of this limitation are illustrated in the screenshots below and in the screenshots referenced in connection with other elements herein.

 MediaTek LinkIt™ ONE Developer's Guide

# 1. Introduction

## 1.1. What is LinkIt?

MediaTek LinkIt™ is a collection of development platforms designed for the creation and prototyping of Wearables and Internet of Things (IoT) devices. These development platforms are offered in two distinct families:

- LinkIt ONE, for simple application use wearables and IoT devices such as smart wristband, smart safety and tracking devices. These devices provide the user with feedback and control options on the device, and can exchange data and control messages with users, other smart devices, and cloud applications using GSM messaging, GPRS, Wi-Fi or Bluetooth connections.
- LinkIt Connect, for one application use IoT devices such as smart bulbs and smart appliances that are controlled from cloud services or smartphones over Wi-Fi or Bluetooth connections.

Each development platform in turn will offer one or more chipset and API variants designed to meet specific development and device requirements. And to enable the creation and prototyping of devices, each variant includes the below items:

- One or more HDKs to enable the prototyping of devices.
- An SDK to enable the creation of firmware or software for devices.
- One or more hardware reference designs that can be used as the basis for board layouts for the final product.
- Comprehensive documentation, such as API references, developer guides, chipset descriptions and pin-out diagrams.

**Source**: https://labs.Mediatek.com/en/search?lang=en&page=1&q=sdk&tab=all&type=all

## 1.2. MediaTek LinkIt ONE development platform

The MediaTek LinkIt ONE development platform (see Figure 1) offers a robust yet flexible development platform for wearable and IoT devices. The platform consists of the following:

- System-on-Chip (SoC) MediaTek MT2502 (Aster), the world's smallest commercial SoC for Wearables and IoT devices, and its energy efficient Wi-Fi and GPS companion chipsets.
- LinkIt ONE APIs.
- LinkIt ONE Hardware Development Kit (HDK).
- LinkIt ONE Software Development Kit (SDK).





Figure 1 The components of the LinkIt ONE development platform

Source: https://labs.Mediatek.com/en/search?lang=en&page=1&q=sdk&tab=all&type=all

As shown in Figure 2, using the LinkIt ONE SDK you create an Arduino Sketch to make use of the LinkIt ONE APIs. These APIs execute over the run-time environment to enable you to access the features of the LinkIt ONE development board.



Figure 2 The architecture of the LinkIt ONE development platform

Source: Mediatek LinkIt Developer's Guide, https://labs.Mediatek.com/en/download/gMfB20OE

### 1.3.2. Running Arduino sketches

To execute a sketch, LinkIt ONE SDK compiles the sketch into a LinkIt ONE executable (VXP file) as shown in Figure 3. The IDE plug-in then loads the VXP file into the file system of LinkIt ONE development board. When the LinkIt ONE development board boots up, it automatically executes the loaded VXP file. The VXP executable is then loaded by the run-time environment.



Figure 3 The development and test process

While the sketch itself is written as a single-threaded loop, the run-time environment is a multi-threaded soft-realtime environment. The VXP runs as a standalone thread. The Arduino plug-in wrapper layer is responsible for sending requests to other service modules, which run on separate threads.

Source: Mediatek LinkIt Developer's Guide, https://labs.Mediatek.com/en/download/gMfB20OE

16.     The Product provides one or more generic application handler programs (e.g., LinkIt provides a Hardware Abstraction Layer (HAL) containing CMSIS and other programs,

functions and data structures which are common and uniform across all supported HDK and Arduino). The generic programs comprise computer program code for performing generic application functions common to multiple types of hardware modules used in a communication environment (e.g., the generic code provides common and generic functions to multiple hardware modules, such as LinkIt 7687 HDK, Wi-Fi Modules and Arduino). Certain elements of this limitation are illustrated in the screenshots below and in the screenshots referenced in connection with other elements herein.



Figure 2. Architecture layout of the LinkIt SDK v4 for LinkIt 2523 HDK

A functional block in grey means the HDK does not support the feature. The top layer includes the application projects running on the SDK. They are based on Middleware, OS and HAL layers. These layers provide rich features for application development, such as the Middleware provides the Bluetooth Low Energy Stack, GNSS, FOTA,

Source: https://labs.Mediatek.com/en/search?lang=en&page=1&q=sdk&tab=all&type=all

Starting from CMSIS-CORE, a vendor-independent hardware abstraction layer for Cortex-M processors, CMSIS has since expanded into areas such as software component management and reference debugger interfaces. Creation of software is a major cost factor in the embedded industry. Standardizing the software interfaces across all Cortex-M silicon vendor products, especially when creating new projects or migrating existing software to a new device, means significant cost reductions.

CMSIS is defined in close cooperation with various silicon and software vendors and provides a common approach to interface to peripherals, real-time operating systems, and middleware components. It simplifies software reuse, reducing the learning curve for new microcontroller developers and cutting the time-to market for devices.



Source: https://developer.arm.com/embedded/cmsis

17. The Product includes generating specific application handler code to associate the generic functions with the specific functions at a device driver for at least one of the types of hardware modules. For example, in addition to the generic drivers HAL, LinkIt also includes specific application handler code that is specific to the application (such as GSM/GPRS, Bluetooth, GPS, SD Flash, Digital IO, etc.) and specific to particular hardware (such as HDKs and Arduino boards). Certain elements of this limitation are illustrated in the

screenshots below and in the screenshots referenced in connection with other elements herein.





18. The Product generates specific application handler code and defines a specific element in the specific code to be handled by one of the generic application functions for that hardware module. For example, LinkIt generates system-specific application handler code by defining a specific element such as functions and data structures corresponding to specific HDKs and hardware components such as GSM/GPRS, Bluetooth, GPS, SD Flash, Digital IO, etc. that extend or otherwise connect the system-specific application handler code to the functions and data structures defined and made available by the HAL. When specific functions are written for handling defined specific elements, the specific functions must be registered. LinkIt accordingly contains data structures that register and embed the required functions. Certain elements of this limitation are illustrated in the screenshots below and in the screenshots referenced in connection with other elements herein.

Case 1:17-cv-01153 Document 1 Filed 12/11/17 Page 11 of 17



PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MEDIATEK USA, INC.                                             PAGE | 11



**Source:** Mediatek LinkIt Developer's Guide, https://labs.Mediatek.com/en/download/gMfB20OE

19. When a specific application is needed for a particular hardware, the generic functions and the specific functions are compiled together to yield a machine readable code. Mediatek and/or its customers compile the generic functions and the specific functions using LinkIt and/or any other compiling IDE supported by Mediatek. Certain elements of this limitation are illustrated in the screenshots below and in the screenshots referenced in connection with other elements herein.





20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 7,069,546 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: December 11, 2017						Respectfully submitted,


							*/s/ Jay Johnson*
							**JAY JOHNSON**
							State Bar No. 24067322
							**D. BRADLEY KIZZIA**
							State Bar No. 11547550
							**KIZZIA JOHNSON, PLLC**
							1910 Pacific Ave., Suite 13000
							Dallas, Texas 75201
							(214) 451-0164
							Fax: (214) 451-0165
							jay@kjpllc.com
							bkizzia@kjpllc.com

							**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A